UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Simon, Mindy R.            Case No.:   __18-17753-MBK__

Chapter:   __7__

Judge:   __Michael B. Kaplan__

## NOTICE OF PROPOSED ABANDONMENT

__Andrea Dobin,__            __Chapter 7 Trustee__    in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> Clerk of the U.S. Bankruptcy Court
> U.S. Courthouse, 1st floor
> 402 E. State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan__ on __August 27, 2018__ at __10:00 a.m.__ at the United States Bankruptcy Court, Courtroom no __8__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real estate located at:
> 496A Kerria Plaza
> Monroe Township, NJ
>
> Value: $200,000.00

> Liens on property:
>
> Cenlar
> $155,004.00

> Amount of equity claimed as exempt:
>
> $20,675.00

Objections must be served on, and requests for additional information directed to:

Name:       __Andrea Dobin, Trustee__

Address:    __Trenk, DiPasquale, Della Fera & Sodono, P.C. 427 Riverview Plaza, Trenton, NJ 08611__

Telephone No.: __609.695.6070 or 973.243.8600__

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-17753-MBK
Mindy R. Simon                                                          Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jul 23, 2018
                              Form ID: pdf905          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2018.
db           +Mindy R. Simon,    496A Kerria Plaza,    Monroe Township, NJ 08831-7250
cr           +CAB East LLC, serviced by Ford Motor Credit Compan,    P.O. Box 62180,
               Colorado Springs, CO 80962-2180
517462544     American Express,    PO Box 1270,    Newark, NJ 07101-1270
517462545    ++BANK OF AMERICA,    PO Box 982238,    EL PASO TX 79998-2238
             (address filed with court:   Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019)
517462546    +Cenlar,   PO Box 77404,    Trenton, NJ 08628-6404
517462547     Costco Anywhere Visa Card,    c/o Citi Cards,    PO Box 9001016,    Louisville, KY 40290-1016
517462549    +EFS,   431 Charmany Drive,    Madison, WI 53719-1234
517462550    +Freehold Ford, Inc.,    3572 Route 9 South,    Freehold, NJ 07728-8570
517462551     HSBC Bank USA, NA,    PO Box 4657,    Carol Stream, IL 60197-4657
517462552     JP Morgan Chase,    PO Box 1423,    Charlotte, NC 28201-1423
517462553    +Lending Club,    c/o Wells Fargo Lock Box Services,    Dept #34268,
               3440 Walnut Avenue, Window H,    Fremont, CA 94538-2210
517462555     Marriot Rewards,    PO Box 15123,    Wilmington, DE 19850-5123
517462556    +Neil Simon,    496A Kerria Plaza,    Monroe Township, NJ 08831-7250
517462557    +New York State Department of Tax/Finance,    OPTS- Individual Tax Returns Processing,
               W A Harriman Campus,    Albany, NY 12227-0001
517462558    +Northland Group,    PO Box 390905,    Mail Code CBBK2,    Minneapolis, MN 55439-0905

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 24 2018 00:10:56     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 24 2018 00:10:53     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517462548     E-mail/Text: mrdiscen@discover.com Jul 24 2018 00:09:43     Discover,    PO Box 71084,
               Charlotte, NC 28272-1084
517462554     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 24 2018 00:12:45     Lord & Taylor,
               c/o Capital One Retail Services,    PO Box 71106,    Charlotte, NC 28272-1106
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517462559*   +Northland Group,    PO Box 390905,    Mail Code CBBK2,    Minneapolis, MN 55439-0905
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2018 at the address(es) listed below:
              Andrea Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              Andrew I. Radmin    on behalf of Debtor Mindy R. Simon andyradz@aol.com,
               andyradz@aol.com;r39798@notify.bestcase.com
              John R. Morton, Jr.    on behalf of Creditor   CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Pingora Loan Servicing, LLC unless in the state of
               RI, ME, NH, NV or Orleans Parish, LA, then use Federal National Mortgage Association
               rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5