**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Mindy R. Simon <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4598 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–17753–MBK | |

# Order of Discharge                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Mindy R. Simon

7/27/18                                                  **By the court:**  Michael B. Kaplan
                                                                           United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                       Case No. 18-17753-MBK
Mindy R. Simon                                               Chapter 7
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin             Page 1 of 1         Date Rcvd: Jul 27, 2018
                              Form ID: 318            Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2018.
db          +Mindy R. Simon,   496A Kerria Plaza,   Monroe Township, NJ 08831-7250
cr          +CAB East LLC, serviced by Ford Motor Credit Compan,   P.O. Box 62180,
             Colorado Springs, CO 80962-2180
517462546   +Cenlar,   PO Box 77404,   Trenton, NJ 08628-6404
517462547    Costco Anywhere Visa Card,   c/o Citi Cards,   PO Box 9001016,   Louisville, KY 40290-1016
517462549   +EFS,   431 Charmany Drive,   Madison, WI 53719-1234
517462550   +Freehold Ford, Inc.,   3572 Route 9 South,   Freehold, NJ 07728-8570
517462551    HSBC Bank USA, NA,   PO Box 4657,   Carol Stream, IL 60197-4657
517462552    JP Morgan Chase,   PO Box 1423,   Charlotte, NC 28201-1423
517462553   +Lending Club,   c/o Wells Fargo Lock Box Services,   Dept #34268,
             3440 Walnut Avenue, Window H,   Fremont, CA 94538-2210
517462556   +Neil Simon,   496A Kerria Plaza,   Monroe Township, NJ 08831-7250
517462557   +New York State Department of Tax/Finance,   OPTS- Individual Tax Returns Processing,
             W A Harriman Campus,   Albany, NY 12227-0001
517462558   +Northland Group,   PO Box 390905,   Mail Code CBBK2,   Minneapolis, MN 55439-0905

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2018 23:53:40     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2018 23:53:36     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517462544    EDI: AMEREXPR.COM Jul 28 2018 03:28:00     American Express,   PO Box 1270,
             Newark, NJ 07101-1270
517462545    EDI: BANKAMER.COM Jul 28 2018 03:28:00     Bank of America,   PO Box 15019,
             Wilmington, DE 19886-5019
517462548    EDI: DISCOVER.COM Jul 28 2018 03:28:00     Discover,   PO Box 71084,   Charlotte, NC 28272-1084
517462554    EDI: CAPITALONE.COM Jul 28 2018 03:28:00     Lord & Taylor,   c/o Capital One Retail Services,
             PO Box 71106,   Charlotte, NC 28272-1106
517462555    EDI: CHASE.COM Jul 28 2018 03:28:00     Marriot Rewards,   PO Box 15123,
             Wilmington, DE 19850-5123
                                                                                             TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517462559*   +Northland Group,   PO Box 390905,   Mail Code CBBK2,   Minneapolis, MN 55439-0905
                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2018 at the address(es) listed below:
          Andrea Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
          Andrew I. Radmin    on behalf of Debtor Mindy R. Simon andyradz@aol.com,
           andyradz@aol.com;r39798@notify.bestcase.com
          John R. Morton, Jr.    on behalf of Creditor   CAB East LLC, serviced by Ford Motor Credit Company
           LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor    Pingora Loan Servicing, LLC unless in the state of
           RI, ME, NH, NV or Orleans Parish, LA, then use Federal National Mortgage Association
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```