UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: : Case no.: __18-17753__
:
Mindy R. Simon : Chapter: __7__
:
: Judge: __Kaplan__
:
Debtor(s) :
:

**CERTIFICATION OF NO OBJECTION**

I __Gary A. Nau__, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
Real estate located at 496A Kerria Plaza, Monroe Township, NJ.

JEANNE A. NAUGHTON, Clerk

Date: __8/22/2018__    By: __Gary A. Nau__

*rev.2/10/17*