UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004

MCMANIMON, SCOTLAND & BAUMANN, LLC
427 Riverview Plaza
Trenton, NJ 08611
(609) 695-6070
Andrea Dobin (adobin@msbnj.com)
Michael A. Siravo IV (msiravo@msbnj.com)
*Proposed Attorneys for Prior Chapter 7 Trustee, Andrea Dobin*

**Order Filed on November 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

MINDY R. SIMON,

    Debtor.

Chapter 7

Case No. 18-17753 (KCF)

Honorable Kathryn C. Ferguson, Chief U.S.B.J.

### ORDER GRANTING MOTION TO REOPEN & DIRECTING DEBTOR TO FILE MOTION FOR LEAVE TO FILE AMENDED SCHEDULES

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: November 26, 2019**

*/s/ Kathryn C. Ferguson*
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor: Mindy R. Simon
Case No.: 18-17753 (KCF)
Caption of Order: Order Granting Motion to Reopen Case & Directing Debtor to File Motion for Leave to File Amended Schedules

**THIS MATTER,** having come before the Court upon the filing of a motion (the "Motion") to reopen case and direct Mindy R. Simon (the "Debtor") to file a motion for leave to file amended schedules filed by Andrea Dobin, the prior Chapter 7 Trustee (the "Trustee") for the Debtor; and the Court having considered the papers filed in support of the Motion and the opposition thereto, if any; and the Court having heard oral argument, if any; and for the reasons set forth on the record at the conclusion of the hearing on this matter;

**IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED**;

2. The Debtor's case is reopened;

3. A trustee will be appointed by the Office of United States Trustee; and

4. The Debtor is hereby directed to file a motion for leave to file amended schedules within thirty (30) days of entry of this Order or she will be deemed to have waived the right to do so.