| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004 |
| McManimon, Scotland & Baumann, LLC<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>(609) 695-6070<br>Andrea Dobin (adobin@msbnj.com)<br>Michael A. Siravo IV (msiravo@msbnj.com)<br>*Proposed Attorneys for Prior Chapter 7 Trustee,*<br>*Andrea Dobin* |

**Order Filed on November 26, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

MINDY R. SIMON,

    Debtor.

Chapter 7

Case No. 18-17753 (KCF)

Honorable Kathryn C. Ferguson, Chief U.S.B.J.

### ORDER GRANTING MOTION TO REOPEN & DIRECTING DEBTOR TO FILE MOTION FOR LEAVE TO FILE AMENDED SCHEDULES

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: November 26, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor:  Mindy R. Simon
Case No.:  18-17753 (KCF)
Caption of Order: Order Granting Motion to Reopen Case & Directing Debtor to File Motion for Leave to File Amended Schedules

**THIS MATTER,** having come before the Court upon the filing of a motion (the "Motion") to reopen case and direct Mindy R. Simon (the "Debtor") to file a motion for leave to file amended schedules filed by Andrea Dobin, the prior Chapter 7 Trustee (the "Trustee") for the Debtor; and the Court having considered the papers filed in support of the Motion and the opposition thereto, if any; and the Court having heard oral argument, if any; and for the reasons set forth on the record at the conclusion of the hearing on this matter;

**IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED**;

2. The Debtor's case is reopened;

3. A trustee will be appointed by the Office of United States Trustee; and

4. The Debtor is hereby directed to file a motion for leave to file amended schedules within thirty (30) days of entry of this Order or she will be deemed to have waived the right to do so.

4851-9078-2891, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  
Mindy R. Simon  
     Debtor

Case No. 18-17753-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3　　　　User: admin　　　　Page 1 of 1　　　　Date Rcvd: Dec 02, 2019  
　　　　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2019.  
db　　　　+Mindy R. Simon,    496A Kerria Plaza,    Monroe Township, NJ 08831-7250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2019　　　　　　　　　　　　　　　　　Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2019 at the address(es) listed below:  
      Andrea  Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com  
      Andrew I. Radmin    on behalf of Debtor Mindy R. Simon andyradz@aol.com,  
      andyradz@aol.com;r39798@notify.bestcase.com  
      John R. Morton, Jr.    on behalf of Creditor   CAB East LLC, serviced by Ford Motor Credit Company  
      LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
      Michael A. Siravo, IV    on behalf of Trustee Andrea  Dobin msiravo@msbnj.com,  
      msiravo@trenklawfirm.com  
      Rebecca Ann Solarz    on behalf of Creditor    Pingora Loan Servicing, LLC unless in the state of  
      RI, ME, NH, NV or Orleans Parish, LA, then use Federal National Mortgage Association  
      rsolarz@kmllawgroup.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 6