UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

McManimon, Scotland & Baumann, LLC
427 Riverview Plaza
Trenton, NJ 08611
(609) 695-6070
Andrea Dobin, Esq.
Michael A. Siravo IV, Esq.
Attorneys for Andrea Dobin, Chapter 7 Trustee

In Re:

MINDY R. SIMON,

　　　　　Debtor.

Case No.: 18-17753 (KCF)

Adv. Pro. No.: _____

Chapter: 7

Hearing Date: January 7, 2020

Judge: Ferguson

## ADJOURNMENT REQUEST

1. I, __Michael A. Siravo IV, Esq.__,

   ☒ am the attorney for: __Andrea Dobin, Chapter 7 Trustee__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion re: Leave to File Amended Schedules

   Current hearing date and time: January 7, 2020

   New date requested: April 7, 2020

   Reason for adjournment request: An adjournment beyond the claims bar date will enable the parties to negotiate a resolution of the Debtor's entitlement to any exemptions.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: December 19, 2019                               /s/ Michael A. Siravo IV
                                                                    Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted         New hearing date: 4/7/20 at 10:00 a.m.         ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2