**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608
Telephone number: 609−858−9333

Honorable Kathryn C. Ferguson , U.S. Bankruptcy Judge

| **CASE NUMBER:**  18−17753−KCF | **DATE FILED::** 4/18/18 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Mindy R. Simon<br>xxx−xx−4598 | ADDRESS OF DEBTOR(S):<br><br>496A Kerria Plaza<br>Monroe Township, NJ 08831 |
| DEBTOR'S ATTORNEY:<br>Andrew I. Radmin<br>Carkhuff & Radmin<br>598−600 Somerset St.<br>North Plainfield, NJ 07060<br><br>(908) 754−9400 | TRUSTEE:<br>Andrea Dobin<br>McManimon, Scotland & Baumann, LLC<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>(609) 695−6070 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

3/18/20

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: December 19, 2019

FOR THE COURT
Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                Case No. 18-17753-KCF
Mindy R. Simon                                                        Chapter 7
         Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0312-3            User: admin                  Page 1 of 1        Date Rcvd: Dec 19, 2019
                                Form ID: noa                 Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2019.
db           +Mindy R. Simon,    496A Kerria Plaza,    Monroe Township, NJ 08831-7250
cr           +CAB East LLC, serviced by Ford Motor Credit Compan,    P.O. Box 62180,
               Colorado Springs, CO 80962-2180
517462546    +Cenlar,    PO Box 77404,    Trenton, NJ 08628-6404
517462547     Costco Anywhere Visa Card,    c/o Citi Cards,    PO Box 9001016,    Louisville, KY 40290-1016
517462549    +EFS,    431 Charmany Drive,    Madison, WI 53719-1234
517462550    +Freehold Ford, Inc.,    3572 Route 9 South,    Freehold, NJ 07728-8570
517462551     HSBC Bank USA, NA,    PO Box 4657,    Carol Stream, IL 60197-4657
517462552     JP Morgan Chase,    PO Box 1423,    Charlotte, NC 28201-1423
517462553    +Lending Club,    c/o Wells Fargo Lock Box Services,    Dept #34268,
               3440 Walnut Avenue, Window H,    Fremont, CA 94538-2210
517462556    +Neil Simon,    496A Kerria Plaza,    Monroe Township, NJ 08831-7250
517462557    +New York State Department of Tax/Finance,    OPTS- Individual Tax Returns Processing,
               W A Harriman Campus,    Albany, NY 12227-0001
517462558    +Northland Group,    PO Box 390905,    Mail Code CBBK2,    Minneapolis, MN 55439-0905

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Dec 20 2019 00:41:54     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 20 2019 00:41:50     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517462544     EDI: AMEREXPR.COM Dec 20 2019 05:03:00     American Express,    PO Box 1270,
               Newark, NJ 07101-1270
517462545     EDI: BANKAMER.COM Dec 20 2019 05:03:00     Bank of America,    PO Box 15019,
               Wilmington, DE 19886-5019
517462548     EDI: DISCOVER.COM Dec 20 2019 05:03:00     Discover,    PO Box 71084,    Charlotte, NC 28272-1084
517462554     EDI: CAPITALONE.COM Dec 20 2019 05:03:00     Lord & Taylor,    c/o Capital One Retail Services,
               PO Box 71106,    Charlotte, NC 28272-1106
517462555     EDI: CHASE.COM Dec 20 2019 05:03:00     Marriot Rewards,    PO Box 15123,
               Wilmington, DE 19850-5123
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517462559*   +Northland Group,    PO Box 390905,    Mail Code CBBK2,    Minneapolis, MN 55439-0905
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2019 at the address(es) listed below:
              Andrea   Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
              Andrea   Dobin    on behalf of Trustee Andrea  Dobin ecftrusteead@msbnj.com, NJ55@ecfcbis.com
              Andrew I. Radmin    on behalf of Debtor Mindy R. Simon andyradz@aol.com,
               andyradz@aol.com;r39798@notify.bestcase.com
              John R. Morton, Jr.    on behalf of Creditor   CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Michael A. Siravo, IV    on behalf of Trustee Andrea  Dobin msiravo@msbnj.com,
               msiravo@trenklawfirm.com
              Rebecca Ann Solarz    on behalf of Creditor   Pingora Loan Servicing, LLC unless in the state of
               RI, ME, NH, NV or Orleans Parish, LA, then use Federal National Mortgage Association
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```