| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**McMANIMON, SCOTLAND &**<br>**BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, NJ  08611<br>609.695.6070<br>*Proposed Attorneys for Chapter 7 Trustee, Andrea Dobin* | Order Filed on December 27, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | | |
|---|---|---|
| In Re: | Case No.: | 18-17753 |
| MINDY R. SIMON, | Judge: | Kathryn C. Ferguson |
| Debtor. | Chapter: | 7 |

**ORDER AUTHORIZING RETENTION OF**
**McMANIMON, SCOTLAND & BAUMANN, LLC**

The relief set forth on the following page is **ORDERED.**

**DATED: December 27, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain ___McManimon, Scotland & Baumann, LLC PC___ as ___Counsel to Trustee___ it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is: McManimon, Scotland & Baumann, LLC
    
    427 Riverview Plaza
    
    Trenton, NJ  08611

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional be only be made after satisfactory completion of services.

4. The effective date of retention is November 1, 2018.

4824-2337-5406, v. 1