| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**McMANIMON, SCOTLAND &**<br>**BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>609.695.6070<br>*Proposed Attorneys for Chapter 7 Trustee,*<br>*Andrea Dobin* | Order Filed on December 27, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | | |
|---|---|---|
| In Re: | Case No.: | 18-17753 |
| MINDY R. SIMON, | Judge: | Kathryn C. Ferguson |
| Debtor. | Chapter: | 7 |

## ORDER AUTHORIZING RETENTION OF
## McMANIMON, SCOTLAND & BAUMANN, LLC

The relief set forth on the following page is **ORDERED.**

**DATED: December 27, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain McManimon, Scotland & Baumann, LLC PC as Counsel to Trustee it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:  McManimon, Scotland & Baumann, LLC
   
   427 Riverview Plaza
   
   Trenton, NJ  08611

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted    ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case.  Payment to the professional be only be made after satisfactory completion of services.

4. The effective date of retention is November 1, 2018.

4824-2337-5406, v.  1

United States Bankruptcy Court
District of New Jersey

In re:  
Mindy R. Simon  
    Debtor

Case No. 18-17753-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Dec 27, 2019  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2019.  
db          +Mindy R. Simon,    496A Kerria Plaza,    Monroe Township, NJ 08831-7250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2019                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2019 at the address(es) listed below:

        Andrea   Dobin    ecftrusteead@msbnj.com,    NJ55@ecfcbis.com  
        Andrea   Dobin    on behalf of Trustee Andrea   Dobin ecftrusteead@msbnj.com,    NJ55@ecfcbis.com  
        Andrew I. Radmin    on behalf of Debtor Mindy R. Simon andyradz@aol.com,  
         andyradz@aol.com;r39798@notify.bestcase.com  
        John R. Morton, Jr.    on behalf of Creditor   CAB East LLC, serviced by Ford Motor Credit Company  
         LLC ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
        Michael A. Siravo, IV    on behalf of Trustee Andrea   Dobin msiravo@msbnj.com,  
         msiravo@trenklawfirm.com  
        Rebecca Ann Solarz    on behalf of Creditor    Pingora Loan Servicing, LLC unless in the state of  
         RI, ME, NH, NV or Orleans Parish, LA, then use Federal National Mortgage Association  
         rsolarz@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
        United States Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                             TOTAL: 8