Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−17753−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mindy R. Simon
   496A Kerria Plaza
   Monroe Township, NJ 08831

Social Security No.:
   xxx−xx−4598

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

   Please be advised that on March 6, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 32 − 31
Order Granting Application to Employ Aylstock, Witkin, Kreis & Overholtz, PLLC as Special Counsel for Chapter 7 Trustee (Related Doc # 31). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/6/2020. (ckk)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 6, 2020
JAN: ckk

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                         Case No. 18-17753-KCF
Mindy R. Simon                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1                  Date Rcvd: Mar 06, 2020
                              Form ID: orderntc        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2020.
sp             +Aylstock, Witkin, Kreis, & Overhultz, PLLC,    17 East Main Street,    Pensacola, FL 32502-5998

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2020 at the address(es) listed below:
              Andrea   Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
              Andrea   Dobin    on behalf of Trustee Andrea   Dobin adobin@msbnj.com
              Andrew I. Radmin    on behalf of Debtor Mindy R. Simon andyradz@aol.com,
               andyradz@aol.com;r39798@notify.bestcase.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Michael A. Siravo, IV    on behalf of Trustee Andrea   Dobin msiravo@msbnj.com,
               msiravo@trenklawfirm.com
              Rebecca Ann Solarz    on behalf of Creditor    Pingora Loan Servicing, LLC unless in the state of
               RI, ME, NH, NV or Orleans Parish, LA, then use Federal National Mortgage Association
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8