| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1** **McMANIMON, SCOTLAND & BAUMANN, LLC** 427 Riverview Plaza Trenton, NJ  08611 609.695.6070 *Counsel to Andrea Dobin, Chapter 7 Trustee* | Order Filed on March 6, 2020 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re: SIMON, Mindy R., Debtor. | Case No.:  18-17753-KCF Judge:  Kathryn C. Ferguson, Chief Judge Chapter:  7 |

Recommended Local Form:  ☒ Followed   ☐ Modified

**ORDER AUTHORIZING RETENTION OF AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC AS SPECIAL COUNSEL TO TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 6, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

| | |
|---|---|
| In re: | Mindy R. Simon |
| Case No.: | 18-17753 (KCF) |
| Applicant: | Andrea Dobin |

☒ Trustee:   ☒ Chap. 7   ☐ Chap. 11

☐ Debtor:   ☐ Chap. 11   ☐ Chap. 13

☐ Official Committee of _____

Professional: Aylstock, Witkin, Kreis & Overholtz, PLLC

Address: 17 E. Main Street
Pensacola, FL 32502

☐ Attorney for:

    ☐ Trustee   ☐ Debtor-in-Possession

    ☐ Official Committee of _____

☐ Accountant for:

    ☐ Trustee   ☐ Debtor-in-Possession

    ☐ Official Committee of _____

☒ Other Professional:

    ☐ Realtor   ☐ Appraiser   ☒ Special Counsel   ☐ Auctioneer

    ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1. The applicant, Andrea Dobin, Chapter 7 Trustee, is authorized to retain the professional, Aylstock, Witkin, Kreis & Overholtz, PLLC, to act as special counsel for the Trustee.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of retention is the date the Application is filed with the Court.

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                              Case No. 18-17753-KCF
Mindy R. Simon                                                      Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1              Date Rcvd: Mar 06, 2020
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2020.
db             +Mindy R. Simon,    496A Kerria Plaza,    Monroe Township, NJ 08831-7250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2020 at the address(es) listed below:
              Andrea   Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
              Andrea   Dobin    on behalf of Trustee Andrea   Dobin adobin@msbnj.com
              Andrew I. Radmin    on behalf of Debtor Mindy R. Simon andyradz@aol.com,
               andyradz@aol.com;r39798@notify.bestcase.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Michael A. Siravo, IV    on behalf of Trustee Andrea   Dobin msiravo@msbnj.com,
               msiravo@trenklawfirm.com
              Rebecca Ann Solarz    on behalf of Creditor    Pingora Loan Servicing, LLC unless in the state of
               RI, ME, NH, NV or Orleans Parish, LA, then use Federal National Mortgage Association
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8