UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: SIMON, Mindy R.

Case No.: 18-17753(KCF)
Chapter: 7
Judge: Ferguson, Chief

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Andrea Dobin, Chapter 7 Trustee, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:
Jeanne Naughton, Clerk
402 East State St.
Trenton, NJ  08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on April 28, 2020 at 10 a.m. at the United States Bankruptcy Court, courtroom no. 2, 402 East State St., Trenton, NJ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: The Debtor pursued a claim in the national class action relating to the use of vaginal mesh. The Trustee has been notified that the settlement process has resulted in an offer to settle the Debtor's claim. On that basis the bankruptcy case was reopened.

Pertinent terms of settlement: The Trustee has been advised that the Debtor's claim has settled for $160,000. At this point the Trustee is awaiting a calculation of the extent of liens on or claims to the proceeds. The Trustee expects this settlement to result in a meaningful dividend to creditors.

Objections must be served on, and requests for additional information directed to:

Name: Andrea Dobin, Esq.

Address: 427 Riverview Plaza, Trenton, NJ  08611

Telephone No.: 609-695-6070

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Mindy R. Simon  
      Debtor

Case No. 18-17753-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Apr 02, 2020  
                      Form ID: pdf905    Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2020.

```
db             +Mindy R. Simon,    496A Kerria Plaza,    Monroe Township, NJ 08831-7250
sp             +Aylstock, Witkin, Kreis, & Overhultz, PLLC,    17 East Main Street,    Pensacola, FL 32502-5998
cr             +CAB East LLC, serviced by Ford Motor Credit Compan,    P.O. Box 62180,
                 Colorado Springs, CO 80962-2180
517462544       American Express,    PO Box 1270,    Newark, NJ 07101-1270
518716820       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
517462545      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019)
517462546      +Cenlar,    PO Box 77404,    Trenton, NJ 08628-6404
517462547       Costco Anywhere Visa Card,    c/o Citi Cards,    PO Box 9001016,    Louisville, KY 40290-1016
517462549      +EFS,    431 Charmany Drive,    Madison, WI 53719-1234
517462550      +Freehold Ford, Inc.,    3572 Route 9 South,    Freehold, NJ 07728-8570
517462551       HSBC Bank USA, NA,    PO Box 4657,    Carol Stream, IL 60197-4657
517462552       JP Morgan Chase,    PO Box 1423,    Charlotte, NC 28201-1423
518681659      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
517462553      +Lending Club,    c/o Wells Fargo Lock Box Services,    Dept #34268,
                 3440 Walnut Avenue, Window H,    Fremont, CA 94538-2210
517462556      +Neil Simon,    496A Kerria Plaza,    Monroe Township, NJ 08831-7250
517462557      +New York State Department of Tax/Finance,    OPTS- Individual Tax Returns Processing,
                 W A Harriman Campus,    Albany, NY 12227-0001
517462558      +Northland Group,    PO Box 390905,    Mail Code CBBK2,    Minneapolis, MN 55439-0905
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 03 2020 02:49:20      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 03 2020 02:49:16      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517462548       E-mail/Text: mrdiscen@discover.com Apr 03 2020 02:48:38      Discover,    PO Box 71084,
                 Charlotte, NC 28272-1084
518633847       E-mail/Text: mrdiscen@discover.com Apr 03 2020 02:48:38      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517462555       E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 03 2020 02:54:50      Marriot Rewards,
                 PO Box 15123,    Wilmington, DE 19850-5123
517462554       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 03 2020 02:56:43      Lord & Taylor,
                 c/o Capital One Retail Services,    PO Box 71106,    Charlotte, NC 28272-1106
518666952      +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 03 2020 02:54:59      PYOD, LLC,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
518665796       E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 03 2020 02:54:47      Spruce Finance Inc,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
                                                                                              TOTAL: 8
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517462559*     +Northland Group,    PO Box 390905,    Mail Code CBBK2,    Minneapolis, MN 55439-0905
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                                                  Signature:    /s/Joseph Speetjens

```
District/off: 0312-3        User: admin              Page 2 of 2              Date Rcvd: Apr 02, 2020
                            Form ID: pdf905          Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2020 at the address(es) listed below:
          Andrea   Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
          Andrea   Dobin    on behalf of Trustee Andrea   Dobin adobin@msbnj.com
          Andrew I. Radmin    on behalf of Debtor Mindy R. Simon andyradz@aol.com,
           andyradz@aol.com;r39798@notify.bestcase.com
          John R. Morton, Jr.    on behalf of Creditor   CAB East LLC, serviced by Ford Motor Credit Company
           LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Michael A. Siravo, IV    on behalf of Trustee Andrea   Dobin msiravo@msbnj.com,
           msiravo@trenklawfirm.com
          Rebecca Ann Solarz    on behalf of Creditor   Pingora Loan Servicing, LLC unless in the state of
           RI, ME, NH, NV or Orleans Parish, LA, then use Federal National Mortgage Association
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 8
```