UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

McManimon, Scotland & Baumann, LLC
427 Riverview Plaza
Trenton, NJ  08611
Andrea Dobin, Esq.
Michael A. Siravo IV, Esq.
Attorneys for Andrea Dobin, Chapter 7 Trustee

In Re:

MINDY R. SIMON,

   Debtor.

Case No.:   18-17753 (KCF)

Adv. Pro. No.: _____

Chapter:   7

Hearing Date:   April 21, 2020

Judge:   Ferguson

## ADJOURNMENT REQUEST

1. I, _____Michael A. Siravo IV, Esq._____,

   ☒ am the attorney for: ____Andrea Dobin, Chapter 7 Trustee____,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion re: Leave to File Amended Schedules

   Current hearing date and time: April 21, 2020

   New date requested: June 23, 2020

   Reason for adjournment request: Settlement negotiations remain ongoing and the parties require additional time.

2. Consent to adjournment:

   ☒ I have the consent of all parties.     ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: April 16, 2020                             /s/ Michael A. Siravo IV
                                                 Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 6/23/2020 at 10:00 a.m.          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____        ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2