# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In re:                                                   Case no.:          18-17753

Mindy R. Simon                                           Chapter:           7

                                                         Judge:             Ferguson

Debtor(s)

## CERTIFICATION OF NO OBJECTION

I _____Gary A. Nau_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☐ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☒ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
Debtor's product liability claim for use of vaginal mesh.

JEANNE A. NAUGHTON, Clerk

Date: 4/22/2020                                          By: Gary A. Nau

*rev.2/10/17*