UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
Andrew I. Radmin, Esq.
Bar Id: 002581976
Carkhuff & Radmin P.C.
598-600 Somerset Street
North Plainfield, NJ 07060
T-908-754-9400
F-908-753-6562
E-andyradz@aol.com

Order Filed on June 23, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MINDY R. SIMON

Case No.: 18-17753

Chapter: 7

Hearing Date: June 23, 2020

Judge: Kathryn C. Ferguson

# ORDER GRANTING MOTION FOR LEAVE
# TO AMEND SCHEDULES

The relief set forth on the following page is **ORDERED**.

**DATED: June 23, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having reviewed the debtor's Motion for Leave to Amend Schedules, and any related responses or objections, it is hereby

ORDERED that:

1. The Motion is Granted to Amend Schedules

2. The debtor shall serve a copy of this order on the trustee, all parties that were served with the Motion, and any parties who objected or responded to the motion.