UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
Andrew I. Radmin, Esq.
Bar Id: 002581976
Carkhuff & Radmin P.C.
598-600 Somerset Street
North Plainfield, NJ 07060
T-908-754-9400
F-908-753-6562
E-andyradz@aol.com

**Order Filed on June 23, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

MINDY R. SIMON

Case No.: 18-17753

Chapter: 7

Hearing Date: June 23, 2020

Judge: Kathryn C. Ferguson

## ORDER GRANTING MOTION FOR LEAVE TO AMEND SCHEDULES

The relief set forth on the following page is **ORDERED**.

**DATED: June 23, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having reviewed the debtor's Motion for Leave to Amend Schedules, and any related responses or objections, it is hereby

ORDERED that:

1. The Motion is Granted to Amend Schedules

2. The debtor shall serve a copy of this order on the trustee, all parties that were served with the Motion, and any parties who objected or responded to the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Mindy R. Simon  
    Debtor

Case No. 18-17753-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 1   Date Rcvd: Jun 23, 2020  
                       Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2020.  
db        +Mindy R. Simon,   496A Kerria Plaza,   Monroe Township, NJ 08831-7250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020                                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2020 at the address(es) listed below:

      Andrea   Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com  
      Andrea   Dobin    on behalf of Trustee Andrea   Dobin adobin@msbnj.com  
      Andrew I. Radmin    on behalf of Debtor Mindy R. Simon andyradz@aol.com,  
       andyradz@aol.com;r39798@notify.bestcase.com  
      John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company  
       LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
      Michael A. Siravo, IV    on behalf of Trustee Andrea   Dobin msiravo@msbnj.com,  
       msiravo@trenklawfirm.com  
      Rebecca Ann Solarz    on behalf of Creditor    Pingora Loan Servicing, LLC unless in the state of  
       RI, ME, NH, NV or Orleans Parish, LA, then use Federal National Mortgage Association  
       rsolarz@kmllawgroup.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
      United States Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                  TOTAL: 8