Form 226 – 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−17753−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mindy R. Simon
   496A Kerria Plaza
   Monroe Township, NJ 08831

Social Security No.:
   xxx−xx−4598

Employer's Tax I.D. No.:

### Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

     Please be advised that Mindy R Simon the debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on August 3, 2020.

New York State Department of Tax/Finance

NYC Department of Finance


Dated: August 4, 2020
JAN: mrg

                                                                 Jeanne Naughton
                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Mindy R. Simon  
    Debtor

Case No. 18-17753-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 04, 2020  
                Form ID: 226     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2020.
```
db             +Mindy R. Simon,    496A Kerria Plaza,    Monroe Township, NJ 08831-7250
518916284      +NYC Department of Finance,    66 John Street, 2nd Floor,    New York, NY 10038-3728
517462557      +New York State Department of Tax/Finance,    OPTS- Individual Tax Returns Processing,
                W A Harriman Campus,    Albany, NY 12227-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 04 2020 23:10:21      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
```
                                                                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2020 at the address(es) listed below:
```
              Andrea   Dobin    on behalf of Trustee Andrea   Dobin adobin@msbnj.com
              Andrea   Dobin    ecftrusteead@msbnj.com,    NJ55@ecfcbis.com
              Andrew I. Radmin    on behalf of Debtor Mindy R. Simon andyradz@aol.com,
               andyradz@aol.com;r39798@notify.bestcase.com
              John R. Morton, Jr.    on behalf of Creditor   CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Michael A. Siravo, IV    on behalf of Trustee Andrea   Dobin msiravo@msbnj.com,
               msiravo@trenklawfirm.com
              Rebecca Ann Solarz    on behalf of Creditor    Pingora Loan Servicing, LLC unless in the state of
               RI, ME, NH, NV or Orleans Parish, LA, then use Federal National Mortgage Association
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
```
                                                                                                                                                                      TOTAL: 8