UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MCMANIMON, SCOTLAND & BAUMANN, LLC
427 Riverview Plaza
Trenton, NJ  08611
(609) 695-6070
Andrea Dobin
Michael A. Siravo IV
Attorneys for Andrea Dobin, Chapter 7 Trustee

| | |
|---|---|
| In Re:<br><br>MINDY R. SIMON,<br><br>  Debtor. | Case No.:   18-17753 (KCF)<br><br>Adv. Pro. No.: _____<br><br>Chapter:   _____7_____<br><br>Hearing Date:  August 25, 2020<br><br>Judge:   Ferguson |

### ADJOURNMENT REQUEST

1.  I, _____Michael A. Siravo IV, Esq._____,

    ☒  am the attorney for: _____Andrea Dobin, Chapter 7 Trustee_____,

    ☐  am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: _Motion re: Sanctions for Willful Stay Violation and for Turnover [Doc. No. 43]_

    Current hearing date and time: _August 25, 2020 at 10:00 a.m._

    New date requested: _September 22, 2020 at 10:00 a.m._

    Reason for adjournment request: _The parties are actively working towards a resolution of_

    _the dispute and require more time to do so._

2.  Consent to adjournment:

    ☒  I have the consent of all parties.     ☐  I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.


Date: <u>August 6, 2020</u>                      <u>/s/ Michael A. Siravo IV</u>
                                                 Signature




**COURT USE ONLY:**


The request for adjournment is:

                                    9/22/2020 at 10:00 a.m.
X  Granted            New hearing date: _____        ☐  Peremptory


☐  Granted over objection(s)   New hearing date: _____     ☐  Peremptory


☐  Denied



**IMPORTANT: If your request is granted, you must notify interested**

**parties who are not electronic filers of the new hearing date.**








*new.9/23/15*


2