Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

               Case No.: 18−17753−KCF
               Chapter: 7
               Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mindy R. Simon
   496A Kerria Plaza
   Monroe Township, NJ 08831

Social Security No.:
   xxx−xx−4598

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on September 22, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 52 − 48
Order Granting Application to Employ Professional Joseph B. Friedman as Accountant (Related Doc # 48). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/22/2020. (bwj)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 22, 2020
JAN: bwj

                                                                                     Jeanne Naughton
                                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Mindy R. Simon  
    Debtor

Case No. 18-17753-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 22, 2020  
                       Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2020.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
acc         +E-mail/Text: joe@joefriedmancpa.biz Sep 23 2020 00:38:18      Joseph B. Friedman,   PO Box 734,    Cherry Hill, NJ 08003-0734  
                                                                                                                        TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2020                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2020 at the address(es) listed below:  
             Andrea   Dobin    ecftrusteead@msbnj.com,    NJ55@ecfcbis.com  
             Andrea   Dobin    on behalf of Trustee Andrea   Dobin adobin@msbnj.com  
             Andrew I. Radmin    on behalf of Debtor Mindy R. Simon andyradz@aol.com,    andyradz@aol.com;r39798@notify.bestcase.com  
             John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
             Michael A. Siravo, IV    on behalf of Trustee Andrea   Dobin msiravo@msbnj.com,    msiravo@trenklawfirm.com  
             Rebecca Ann Solarz    on behalf of Creditor    Pingora Loan Servicing, LLC unless in the state of RI, ME, NH, NV or Orleans Parish, LA, then use Federal National Mortgage Association rsolarz@kmllawgroup.com  
             U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
             United States Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                TOTAL: 8