UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

ANDREA DOBIN, CHAPTER 7 TRUSTEE
427 Riverview Plaza
Trenton, NJ 08611
609.695.6070

**Order Filed on September 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

SIMON, MINDY R.,

      Debtor.

Case No.:         18-17753

Judge:         Michael B. Kaplan

Chapter:         7

## ORDER AUTHORIZING RETENTION OF
## JOSEPH B. FRIEDMAN, CPA, ACCOUNTANT TO TRUSTEE

The relief set forth on the following page is **ORDERED.**

**DATED: September 22, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Joseph B. Friedman, CPA_____

as_____Accountant_____ it is hereby ORDERED:


1.      The applicant is authorized to retain the above party in the professional capacity noted.

        The professional's address is: _____Joseph B. Friedman, CPA_____

                                        _____PO Box 734_____

                                        _____Cherry Hill, NJ  08003_____


2.      Compensation will be paid in such amounts as may be allowed by the Court on proper
        application(s).


3.      If the professional requested a waiver as noted below, it is ☐ Granted      ☐ Denied.

        ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

        ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter

        13 case.  Payment to the professional be only be made after satisfactory completion of services.


4.      The effective date of retention is the date the application was filed with the Court.


4820-6495-7998, v.  1

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-17753-KCF
Mindy R. Simon                                                            Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Sep 22, 2020
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2020.
db             +Mindy R. Simon,    496A Kerria Plaza,   Monroe Township, NJ 08831-7250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2020 at the address(es) listed below:
          Andrea  Dobin    ecftrusteead@msbnj.com,  NJ55@ecfcbis.com
          Andrea  Dobin    on behalf of Trustee Andrea  Dobin adobin@msbnj.com
          Andrew I. Radmin    on behalf of Debtor Mindy R. Simon andyradz@aol.com,
           andyradz@aol.com;r39798@notify.bestcase.com
          John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
           LLC ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Michael A. Siravo, IV    on behalf of Trustee Andrea  Dobin msiravo@msbnj.com,
           msiravo@trenklawfirm.com
          Rebecca Ann Solarz    on behalf of Creditor    Pingora Loan Servicing, LLC unless in the state of
           RI, ME, NH, NV or Orleans Parish, LA, then use Federal National Mortgage Association
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 8