Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−17753−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Mindy R. Simon
  496A Kerria Plaza
  Monroe Township, NJ 08831

Social Security No.:
  xxx−xx−4598

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:    11/19/20
Time:    02:30 PM
Location:    Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Aylstock Witkin Kreis & Overholtz, Special Counsel

COMMISSION OR FEES
FEES $47,847.10

EXPENSES
$3,110.74

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 9, 2020
JAN:

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 18-17753-KCF

Mindy R. Simon                                                                      Chapter 7

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2

Date Rcvd: Oct 09, 2020      Form ID: 137      Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mindy R. Simon, 496A Kerria Plaza, Monroe Township, NJ 08831-7250 |
| sp | + | Aylstock, Witkin, Kreis, & Overhultz, PLLC, 17 East Main Street, Pensacola, FL 32502-5998 |
| cr | + | CAB East LLC, serviced by Ford Motor Credit Compan, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| 517462544 | | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 518716820 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517462545 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 517462546 | + | Cenlar, PO Box 77404, Trenton, NJ 08628-6404 |
| 517462547 | | Costco Anywhere Visa Card, c/o Citi Cards, PO Box 9001016, Louisville, KY 40290-1016 |
| 517462549 | + | EFS, 431 Charmany Drive, Madison, WI 53719-1234 |
| 517462550 | + | Freehold Ford, Inc., 3572 Route 9 South, Freehold, NJ 07728-8570 |
| 517462551 | | HSBC Bank USA, NA, PO Box 4657, Carol Stream, IL 60197-4657 |
| 518681659 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517462553 | + | Lending Club, c/o Wells Fargo Lock Box Services, Dept #34268, 3440 Walnut Avenue, Window H, Fremont, CA 94538-2210 |
| 518916284 | + | NYC Department of Finance, 66 John Street, 2nd Floor, New York, NY 10038-3728 |
| 517462556 | + | Neil Simon, 496A Kerria Plaza, Monroe Township, NJ 08831-7250 |
| 517462557 | + | New York State Department of Tax/Finance, OPTS- Individual Tax Returns Processing, W A Harriman Campus, Albany, NY 12227-0001 |
| 517462558 | + | Northland Group, PO Box 390905, Mail Code CBBK2, Minneapolis, MN 55439-0905 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 09 2020 22:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 09 2020 22:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| acc | + | Email/Text: joe@joefriedmancpa.biz | Oct 09 2020 22:05:00 | Joseph B. Friedman, PO Box 734, Cherry Hill, NJ 08003-0734 |
| 517462548 | | Email/Text: mrdiscen@discover.com | Oct 09 2020 22:05:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 518633847 | | Email/Text: mrdiscen@discover.com | Oct 09 2020 22:05:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517462552 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 09 2020 22:00:00 | JP Morgan Chase, PO Box 1423, Charlotte, NC 28201-1423 |
| 517462555 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 09 2020 22:00:00 | Marriot Rewards, PO Box 15123, Wilmington, DE 19850-5123 |
| 517462554 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 09 2020 22:00:01 | Lord & Taylor, c/o Capital One Retail Services, PO Box 71106, Charlotte, NC 28272-1106 |
| 518666952 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 18-17753-KCF    Doc 56    Filed 10/11/20    Entered 10/12/20 00:54:00    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 09, 2020 | Form ID: 137 | Total Noticed: 27 |

| | | | |
|---|---|---|---|
| | | Oct 09 2020 21:59:15 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 518665796 | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 09 2020 21:59:55 | Spruce Finance Inc, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517462559 | *+ | Northland Group, PO Box 390905, Mail Code CBBK2, Minneapolis, MN 55439-0905 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 11, 2020                Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea Dobin | ecftrusteead@msbnj.com NJ55@ecfcbis.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin adobin@msbnj.com |
| Andrew I. Radmin | on behalf of Debtor Mindy R. Simon andyradz@aol.com andyradz@aol.com;r39798@notify.bestcase.com |
| John R. Morton, Jr. | on behalf of Creditor CAB East LLC serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Michael A. Siravo, IV | on behalf of Trustee Andrea Dobin msiravo@msbnj.com msiravo@trenklawfirm.com |
| Rebecca Ann Solarz | on behalf of Creditor Pingora Loan Servicing LLC unless in the state of RI, ME, NH, NV or Orleans Parish, LA, then use Federal National Mortgage Association rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8