| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>ALYSTOCK, WITKIN, KREIS &<br> OVERHOLTZ, PLLC<br>17 E. Main Street<br>Pensacola, FL  32502<br>SPECIAL COUNSEL TO ANDREA DOBIN,<br>CHAPTER 7 TRUSTEE | **Order Filed on December 16, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| MINDY R. SIMON,<br><br>        Debtor. | Case No 18-17753(KCF)<br><br>Hearing Date:  November 19, 2020<br>at 2:30 p.m.<br><br><br>Hon. Kathryn C. Ferguson |

### ORDER ALLOWING ALLOWANCE OF FEES AND EXPENSES
### TO ALYSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC,
### SPECIAL COUNSEL TO THE TRUSTEE

The relief set forth on the following pager number two (2) is hereby **ORDERED**.

**DATED: December 16, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Mindy R. Simon
Case No.   18-17753(KCF)
Caption of Order: Order Allowing Fees & Expenses of Special Counsel to the Trustee

**THIS MATTER** having been opened to the Court upon the Application of Alystock, Witkin, Kreis & Overholtz, PLLC, Special Counsel to the Trustee (the "Applicant"), in the above-captioned proceeding, for the entry of an Order allowing first and final allowance of fees and expenses to Applicant, and the Court having read and considered the Applicant's Application and the supporting Affidavit, and notice of said Application having been given to the Office of the United State Trustee, Debtor and Debtor's counsel, and all others requesting electronic notice, and for other and good cause shown:

**IT IS ORDERED:**

1. Alystock, Witkin, Kreis & Overholtz, PLLC, Special Counsel to the Trustee, is hereby granted allowance on account of services rendered to the Trustee fees in the amount of $47,847.10 and expenses in the amount of $3,110.74 for a total of $50,957.84 without prejudice to said Special Counsel's right to seek additional allowances.

2. A copy of this Order shall be served upon all interested parties and counsel within 7 days of the date hereof.

4827-6227-6119, v.  2

United States Bankruptcy Court

District of New Jersey

In re:  
Mindy R. Simon  
    Debtor(s)

Case No. 18-17753-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 17, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2020:**

**Recip ID    Recipient Name and Address**  
db    + Mindy R. Simon, 496A Kerria Plaza, Monroe Township, NJ 08831-7250

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2020 at the address(es) listed below:

**Name**    **Email Address**

Andrea Dobin  
    ecftrusteead@msbnj.com  NJ55@ecfcbis.com

Andrea Dobin  
    on behalf of Trustee Andrea Dobin adobin@msbnj.com

Andrew I. Radmin  
    on behalf of Debtor Mindy R. Simon andyradz@aol.com andyradz@aol.com;r39798@notify.bestcase.com

John R. Morton, Jr.  
    on behalf of Creditor CAB East LLC  serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Michael A. Siravo, IV  
    on behalf of Trustee Andrea Dobin msiravo@msbnj.com  msiravo@trenklawfirm.com

Rebecca Ann Solarz

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 17, 2020 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor Pingora Loan Servicing  LLC unless in the state of RI, ME, NH, NV or Orleans Parish, LA, then use Federal National Mortgage Association rsolarz@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

United States Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8