| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><sub>Caption in Compliance with D.N.J. LBR 9004-1(b)</sub><br>MCMANIMON, SCOTLAND & BAUMANN, LLC<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>(609) 695-6070<br>Andrea Dobin<br>Michael A. Siravo IV<br>*Attorneys for Andrea Dobin, Chapter 7 Trustee* | **Order Filed on January 19, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>MINDY R. SIMON,<br><br>          Debtor. | Case No. 18-17753 (KCF)<br><br>Honorable Kathryn C. Ferguson, U.S.B.J.<br><br>Chapter 7<br><br>**Hearing Date: January 19, 2021**<br>**Hearing Time: 10:00 a.m.** |

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO EXPUNGE CLAIM NO. 8 OF NEW YORK STATE DEPARTMENT OF TAX/FINANCE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: January 19, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2 of 2
Debtors: Mindy R. Simon
Case No. 18-17753 (KCF)
Caption of Order: Order Granting Chapter 7 Trustee's Motion to Expunge Claim No. 8 of New York State Department of Tax/Finance

---

**THIS MATTER,** having come before the Court on the motion (the "Motion") of Andrea Dobin, Chapter 7 Trustee for the bankruptcy estate of Mindy R. Simon, seeking entry of an order expunging Claim No. 8 filed by New York State Department of Tax/Finance; and the Court having considered the Motion; and opposition thereto, if any; and oral argument, if any; and good and sufficient cause existing for the granting of the relief as set forth herein;

**IT IS HEREBY ORDERED** that the Motion is granted; and it is further

**ORDERED** that Claim No. 8 filed by New York State Department of Tax/Finance is **EXPUNGED** in its entirety; and it is further

**ORDERED** that the Debtor is prohibited from filing a claim on behalf of the New York State Department of Tax/Finance, but nothing herein prohibits the creditor from filing its own claim consistent with Fed. R. Bankr. P. 4003.