UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

MCMANIMON, SCOTLAND & BAUMANN, LLC
427 Riverview Plaza
Trenton, NJ 08611
(609) 695-6070
Andrea Dobin
Michael A. Siravo IV
*Attorneys for Andrea Dobin, Chapter 7 Trustee*

Order Filed on January 19, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

MINDY R. SIMON,

        Debtor.

Case No. 18-17753 (KCF)

Honorable Kathryn C. Ferguson, U.S.B.J.

Chapter 7

Hearing Date: January 19, 2021
Hearing Time: 10:00 a.m.

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO EXPUNGE CLAIM NO. 9 OF NYC DEPARTMENT OF FINANCE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

DATED: January 19, 2021

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2 of 2
Debtors: Mindy R. Simon
Case No. 18-17753 (KCF)
Caption of Order: Order Granting Chapter 7 Trustee's Motion to Expunge Claim No. 9 of NYC Department of Finance

---

**THIS MATTER,** having come before the Court on the motion (the "Motion") of Andrea Dobin, Chapter 7 Trustee for the bankruptcy estate of Mindy R. Simon, seeking entry of an order expunging Claim No. 9 filed by NYC Department of Finance; and the Court having considered the Motion; and opposition thereto, if any; and oral argument, if any; and good and sufficient cause existing for the granting of the relief as set forth herein;

**IT IS HEREBY ORDERED** that the Motion is granted; and it is further

**ORDERED** that Claim No. 9 filed by NYC Department of Finance is **EXPUNGED** in its entirety; and it is further

**ORDERED** that the Debtor is prohibited from filing a claim on behalf of the NYC Department of Finance, but nothing herein prohibits the creditor from filing its own claim consistent with Fed. R. Bankr. P. 4003.

4826-1455-4580, v. 1

United States Bankruptcy Court

District of New Jersey

In re:  
Mindy R. Simon  
    Debtor

Case No. 18-17753-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 20, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mindy R. Simon, 496A Kerria Plaza, Monroe Township, NJ 08831-7250 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea Dobin | ecftrusteead@msbnj.com NJ55@ecfcbis.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin adobin@msbnj.com |
| Andrew I. Radmin | on behalf of Debtor Mindy R. Simon andyradz@aol.com andyradz@aol.com;r39798@notify.bestcase.com |
| John R. Morton, Jr. | on behalf of Creditor CAB East LLC serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Michael A. Siravo, IV | on behalf of Trustee Andrea Dobin msiravo@msbnj.com msiravo@trenklawfirm.com |
| Rebecca Ann Solarz | |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Jan 20, 2021 | Form ID: pdf903 | Total Noticed: 1

    on behalf of Creditor Pingora Loan Servicing  LLC unless in the state of RI, ME, NH, NV or Orleans Parish, LA, then use Federal National Mortgage Association rsolarz@kmllawgroup.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8