| | |
|---|---|
| UNITED STATES BANKRUPTY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>McMANIMON, SCOTLAND<br>& BAUMANN, LLC<br>427 Riverview Plaza<br>Trenton, NJ  08611<br>609.695.6070<br>*ATTORNEYS FOR ANDREA DOBIN,*<br>*CHAPTER 7 TRUSTEE* | Order Filed on June 10, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>MINDY SIMON,<br><br>            Debtor. | Case No.   18-17753(KCF)<br><br>Hearing Date: June 10, 2021<br>at 2:30 p.m.<br>.<br><br>Judge: Kathryn C. Ferguson |

**ORDER ALLOWING FIRST AND FINAL ALLOWANCE OF FEES &
EXPENSES TO McMANIMON, SCOTLAND & BAUMANN, LLC
COUNSEL TO ANDREA DOBIN, CHAPTER 7 TRUSTEE**

The relief set forth on the following page number two (2) is hereby **ORDERED**.

**DATED: June 10, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor: Mindy R. Simon
Case No: 18-17753(KCF)
Caption of Order: Order Allowing Fees & Expenses of Counsel to the Trustee

**THIS MATTER** having been opened to the Court upon the Application of McManimon, Scotland & Baumann, LLC, counsel to the Trustee (the "Applicant"), in the above-captioned proceeding, for the entry of an Order allowing first and final allowance of fees and expenses to Applicant, and the Court having read and considered the Applicant's Application and the supporting Affidavit, and notice of said Application having been given to the Office of the United States Trustee, Debtor and Debtor's counsel, and all others requesting electronic notice, and for other and good cause shown:

**IT IS ORDERED:**

1.  McManimon, Scotland & Baumann, LLC, counsel to the Trustee, is hereby granted first and final allowance on account of legal services rendered to the Trustee in the sum of $11,101.00 together with the sum of $109.30 for out-of-pocket disbursements, for a total allowance of $11,2010.30 without prejudice to said counsel's right to seek additional allowances.

4821-3024-7959, v. 8

United States Bankruptcy Court

District of New Jersey

In re:  
Mindy R. Simon  
    Debtor

Case No. 18-17753-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 10, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2021:**

**Recip ID    Recipient Name and Address**  
db    + Mindy R. Simon, 496A Kerria Plaza, Monroe Township, NJ 08831-7250

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2021 at the address(es) listed below:

**Name**    **Email Address**

Andrea Dobin  
    ecftrusteead@msbnj.com NJ55@ecfcbis.com

Andrea Dobin  
    on behalf of Trustee Andrea Dobin adobin@msbnj.com

Andrew I. Radmin  
    on behalf of Debtor Mindy R. Simon andyradz@aol.com andyradz@aol.com;r39798@notify.bestcase.com

John R. Morton, Jr.  
    on behalf of Creditor CAB East LLC serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Michael A. Siravo, IV  
    on behalf of Trustee Andrea Dobin msiravo@msbnj.com msiravo@trenklawfirm.com

Rebecca Ann Solarz  
    on behalf of Creditor Pingora Loan Servicing LLC unless in the state of RI, ME, NH, NV or Orleans Parish, LA, then use Federal

National Mortgage Association   rsolarz@kmllawgroup.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8