Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−17753−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mindy R. Simon
   496A Kerria Plaza
   Monroe Township, NJ 08831

Social Security No.:
   xxx−xx−4598

Employer's Tax I.D. No.:

### NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Kathryn C. Ferguson on:

DATE: January 27, 2022
TIME: 02:30 PM
LOCATION: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:           $160,000.00
TOTAL DISBURSEMENTS:      $96,446.35
BALANCE ON HAND:          $63,553.65

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Andrea Dobin
Trustee

COMMISSION OR FEES
$10,066.25

EXPENSES
$30.70

The trustee's application to abandon the following property will be heard and acted upon:
None

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: December 17, 2021
JAN: gan

                                                   Jeanne Naughton
                                                   Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re:<br>Mindy R. Simon<br>    Debtor | Case No. 18-17753-KCF<br>Chapter 7 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 17, 2021 | Form ID: 192 | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mindy R. Simon, 496A Kerria Plaza, Monroe Township, NJ 08831-7250 |
| sp | + | Aylstock, Witkin, Kreis, & Overhultz, PLLC, 17 East Main Street, Pensacola, FL 32502-5998 |
| cr | + | CAB East LLC, serviced by Ford Motor Credit Compan, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| 517462544 | | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 518716820 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517462545 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 517462546 | + | Cenlar, PO Box 77404, Trenton, NJ 08628-6404 |
| 517462549 | + | EFS, 431 Charmany Drive, Madison, WI 53719-1234 |
| 517462550 | + | Freehold Ford, Inc., 3572 Route 9 South, Freehold, NJ 07728-8570 |
| 517462551 | | HSBC Bank USA, NA, PO Box 4657, Carol Stream, IL 60197-4657 |
| 518916284 | + | NYC Department of Finance, 66 John Street, 2nd Floor, New York, NY 10038-3728 |
| 517462556 | + | Neil Simon, 496A Kerria Plaza, Monroe Township, NJ 08831-7250 |
| 517462557 | + | New York State Department of Tax/Finance, OPTS- Individual Tax Returns Processing, W A Harriman Campus, Albany, NY 12227-0001 |
| 519110889 | | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany, NY 12205-0300 |
| 517462558 | + | Northland Group, PO Box 390905, Mail Code CBBK2, Minneapolis, MN 55439-0905 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 17 2021 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 17 2021 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| acc | + | Email/Text: joe@joefriedmancpa.biz | Dec 17 2021 20:35:00 | Joseph B. Friedman, PO Box 734, Cherry Hill, NJ 08003-0734 |
| 517462547 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 17 2021 20:44:25 | Costco Anywhere Visa Card, c/o Citi Cards, PO Box 9001016, Louisville, KY 40290-1016 |
| 517462548 | | Email/Text: mrdiscen@discover.com | Dec 17 2021 20:35:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 518633847 | | Email/Text: mrdiscen@discover.com | Dec 17 2021 20:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517462552 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 17 2021 20:44:12 | JP Morgan Chase, PO Box 1423, Charlotte, NC 28201-1423 |
| 517462555 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 17 2021 20:44:02 | Marriot Rewards, PO Box 15123, Wilmington, DE 19850-5123 |
| 518681659 | + | Email/Text: RASEBN@raslg.com | Dec 17 2021 20:35:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

Case 18-17753-KCF    Doc 80    Filed 12/19/21    Entered 12/20/21 00:15:59    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 17, 2021 | Form ID: 192 | Total Noticed: 28 |

| 517462553 | + | Email/Text: Documentfiling@lciinc.com | Dec 17 2021 20:35:00 | Lending Club, c/o Wells Fargo Lock Box Services, Dept #34268, 3440 Walnut Avenue, Window H, Fremont, CA 94538-2210 |
| 517462554 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 17 2021 20:44:11 | Lord & Taylor, c/o Capital One Retail Services, PO Box 71106, Charlotte, NC 28272-1106 |
| 518666952 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 17 2021 20:44:05 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 518665796 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 17 2021 20:44:12 | Spruce Finance Inc, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517462559 | *+ | Northland Group, PO Box 390905, Mail Code CBBK2, Minneapolis, MN 55439-0905 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2021            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea Dobin | ecftrusteead@msbnj.com NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin adobin@msbnj.com |
| Andrew I. Radmin | on behalf of Debtor Mindy R. Simon andyradz@aol.com andyradz@aol.com;r39798@notify.bestcase.com |
| John R. Morton, Jr. | on behalf of Creditor CAB East LLC serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Michael A. Siravo, IV | on behalf of Trustee Andrea Dobin msiravo@msbnj.com msiravo@trenklawfirm.com |
| Rebecca Ann Solarz | on behalf of Creditor Pingora Loan Servicing LLC unless in the state of RI, ME, NH, NV or Orleans Parish, LA, then use Federal National Mortgage Association rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 User: admin Page 3 of 3
Date Rcvd: Dec 17, 2021 Form ID: 192 Total Noticed: 28
TOTAL: 8